## 31839. MOODY v. MOODY.

JORDAN, Justice.

The order appealed from in this contempt case is not a final order and there was no certificate of the trial judge for immediate review or application to this court for review of an interlocutory order. The appeal must therefore be dismissed.

*Appeal dismissed. All the Justices concur.*

ARGUED JANUARY 24, 1977 — DECIDED JANUARY 27, 1977.

Walter Leroy Moody, Jr., *pro se.*

*William J. Self,* for appellee.